1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EMANUEL ARANETA, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF ALHAMBRA, A Municipal Corporation, et al.,<br><br>            Defendant. | Case No.  CV09-02020 (AJW)<br><br>**ORDER OF DISMISSAL AND ENTRY OF STIPULATED JUDGEMENT**<br><br>*Action Filed: March 25, 2009*<br>*Trial Date:  July 13, 2010.* |
|---|---|

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4846-5333-5814 v1

- 1 -

CV-09-02020 (AJW)
(PROPOSED)ORDER OF DISMISSAL AND ENTRY OF STIPULATED JUDGEMENT

The Court has reviewed the pleadings in this case, considered the applicable case law, and read the parties' Settlement Agreements and Release of Claims.

It is ORDERED:

1. Plaintiffs EMANUEL ARANETA, ART FERNANDEZ, ANDREA FUENTES, MARTIN NG, KEAN ODA, MICHAEL PAGE, JOSE VACA, JUAN MEJIA, STEVE KIM, CORY FUKUMOTO ("Plaintiffs"), contend that Defendant City of Alhambra ("City") violated requirements of the Fair Labor Standards Act ("FLSA") by employing Plaintiffs and all similarly situated employees, longer than applicable maximum hours established by the FLSA, 29 U.S.C. § 207, without compensating Plaintiffs at an overtime rate for pre-shift and post-shift activities that are required, integral, and an indispensible part of the principle activities of the work performed.  Plaintiffs also contend that they were not compensated for time spent "donning and doffing" their uniforms and protective gear before, and after, their scheduled shifts.  City denies Plaintiffs' allegations.

2. The parties wish to amicably resolve and settle their differences. Plaintiffs have executed Settlement Agreements and Release of Claims ("Agreements") with City.  City has approved the terms of the Agreements and has executed the Agreements.  The parties filed the Agreements concurrently with their Joint Motion for Approval of Settlement and Entry of Stipulated Judgment.

3. The Court read the Agreements in their entirety, and finds that the Agreements are fair and reasonable.  The Court recognizes that the Agreements represent the culmination of several months of litigation in which the parties had bona fide disagreements over the merits of Plaintiffs' claims.  Although the parties continue to disagree on the merits of Plaintiffs' claims, the Court is satisfied that the Agreements demonstrate an intention by the parties that Plaintiffs' claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4846-5333-5814 v1

- 2 -

CV-09-02020 (AJW)
(PROPOSED)ORDER OF DISMISSAL AND ENTRY OF STIPULATED JUDGEMENT

1      4.    The content of the Agreements are expressly adopted and incorporated by reference in this Order of Dismissal and Entry of Stipulated Judgment.

    5.    Pursuant to the Agreements and this Judgment, Plaintiffs' claims in the above-referenced, and numbered cause are DISMISSED WITH PREJUDICE in their entirety.

THIS IS A FINAL JUDGMENT.

Signed this 7th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4846-5333-5814 v1

- 3 -

CV-09-02020 (AJW)
(PROPOSED)ORDER OF DISMISSAL AND ENTRY OF STIPULATED JUDGEMENT